AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Clevenger, Raymond C. III | 2. Court or Organization  U.S. Court of Appeals for the Federal Circuit | 3. Date of Report  5/15/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Circuit Court Judge (Senior) | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  1/1/2009 to 12/31/2009 |
| 7. Chambers or Office Address  717 Madison Place N.W.  Washington, DC 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5/15/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1 | | |
| 2. | | |
| 3 | | |
| 4 | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Self-employed (photographer) |
| 2. | |
| 3 | |
| 4 | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1 IP Law Section of State Bar of Georgia | Nov 11-15, 2009 | Punta Cana, Dominican Republic | seminar participant at CLE conference | transportation, meals, hotel |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5/15/2010 |

**V. GIFTS.** *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5/15/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1 Bank of America c.s. | D | DIV | P2 | T | PART SELL | 2/5 | O | O | |
| 2 Smith Barney Managed Municipal Fund | E | INT | P1 | T | | | | | |
| 3 PNC Bank NOW account | D | INT | L | T | | | | | |
| 4 Shelter Properties VII units | A | CAP DISTRIB | J | W | | | | | |
| 5 Shawnee Village Partners units | A | CAP DISTRIB | J | W | | | | | |
| 6 Semmable Transp Co. mineral contract | C | contract payment | J | W | | | | | |
| 7 COOP Refining LLP mineral contract | A | contract payment | J | W | | | | | |
| 8 Total Petroleum Co. mineral contract | B | contract payment | J | W | | | | | |
| 9 Central Cinide Co. mineral contract | B | contract payment | J | W | | | | | |
| 10 Delaware Group tax free fund | E | INT | N | T | | | | | |
| 11 Smith Barney Daily Div. fund | E | INT | N | T | | | | | |
| 12 Kansas City Southern Indus c.s. | A | DIV | F | T | | | | | |
| 13 Walter Industries Inc c.s. | NAME CHANGED | | | | 6/9/09 | TO | | WALTER ENERGY INC |
| 14 Walter Energy Inc. c.s. | A | DIV | G | T | | | | | |
| 15 China Natural Gas Inc c.s. | A | DIV | E | T | | | | | |
| 16 Garmin Ltd. c.s. | A | DIV | | | SOLD ALL | 6/3 | M | A | |
| 17 Weatherford Int'l Ltd. c.s. | | | | | SOLD ALL | 5/26 | M | F | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div, rent,<br>or int.) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1 Buckeye Technologies Inc. C.S. | A | DIV | | | SOLD ALL | 7/24 | L | (E) | |
| 2 Enzo Biochem Inc. C.S. | A | DIV | F | T | | | | | |
| 3 Forestar Group Inc. C.S. | | NONE | | | SOLD ALL | 1/29 | M | (L) | |
| 4 Lawson Software Inc. C.S. | A | DIV | E | T | | | | | |
| 5 National Oilwell Varco Inc. C.S. | A | DIV | F | T | | | | | |
| 6 Petrohawk Energy Corp. C.S. | A | DIV | F | T | | | | | |
| 7 Pinnacle Entmt. Inc. C.C. | | NONE | | | SOLD ALL | 2/4 | L | C | |
| 8 Baker Hughes Inc. C.S. | | NONE | M | T | BUY | 12/1 | M | | |
| 9 Barrick Gold Corp. C.S. | A | DIV | M | T | BUY | 9/21 | M | | |
| 10 Cloud Peak Energy Inc. C.S. | | NONE | K | T | BUY | 11/20 | K | | |
| 11 Ford Motor Company C.S. | | NONE | M | T | BUY | 11/10 | M | | |
| 12 Mueller Water Products Inc. C.S. | | NONE | L | T | BUY | 10/15 | L | | |
| 13 | | | | | | | | | |
| 14 Merrill Lynch + Co. Inc. C.S. | | | | | MERGED INTO BANK OF AMERICA ON 1/1/2009 ✱ | | | | |
| 15 Connecticut State Housing Bond | D | INT | L | T | | | | | |
| 16 New Jersey Sports Center Bond | C | INT | L | T | | | | | |
| 17 D.C. Howard University Bond | C | INT | L | T | | | | | |

✱ SEE BANK OF AMERICA LISTING, BELOW

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5/15/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1 D.C. General Hospital Bond | B | INT | L | T | | | | | |
| 2 New Jersey State Refunding Bond | C | INT | L | T | | | | | |
| 3 Metropolitan DC Airport Bond | B | INT | L | T | | | | | |
| 4 Washington Area Transit Authority Bond | B | INT | L | T | | | | | |
| 5 Merrill Lynch Funds ♦ | | | | | | | | | |
| 6 Basic Value Fund | A | DIV | J | T | | | | | |
| 7 Global Fund | A | DIV | J | T | | | | | |
| 8 Phoenix Fund | A | DIV | J | T | | | | | |
| 9 Pacific Fund | A | DIV | J | T | | | | | |
| 10 Capital Growth Fund | A | DIV | J | T | | | | | |
| 11 G.T. Telecommunications Fund | A | DIV | J | T | | | | | |
| 12 Pasadena N.V. Trust Growth Fund | A | DIV | J | T | | | | | |
| 13 Scudder Capital Growth Fund | A | DIV | J | T | | | | | |
| 14 Odd Lot Fund | A | DIV | J | T | | | | | |
| 15 Gilead Sciences Inc. C.S. | A | DIV | J | T | | | | | |
| 16 Loral Space + Communications Inc. C.S. | A | DIV | J | T | | | | | |
| 17 Costco Cos. Inc. C.S. | A | DIV | J | T | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymund C. III | 5/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br><br>(2)<br>Type (e.g.,<br>div, rent,<br>or int) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | <br><br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1 Berkshire Hathaway Co. C.S | A | DIV | J | T | | | | | |
| 2 General Electric Co. C.S. | A | DIV | J | T | | | | | |
| 3 Level 3 Communications Inc. C.S | A | DIV | J | T | | | | | |
| 4 Nokia Corp. C.S. | A | DIV | J | T | | | | | |
| 5 Echelon Corp. C.S. | A | DIV | J | T | | | | | |
| 6 Siebel Systems Inc. C.S. | A | DIV | J | T | | | | | |
| 7 Human Genome Sciences Inc. C.S. | A | DIV | J | T | | | | | |
| 8 Sunguard Security Systems Inc C.S. | A | DIV | J | T | | | | | |
| 9 Tyco Inc. C.S | A | DIV | J | T | | | | | |
| 10 Walt Disney Co. C.S. | A | DIV | J | T | | | | | |
| 11 Europacific Growth Fund | A | DIV | J | T | | | | | |
| 12 Global High Income Dollar Fund | A | DIV | J | T | | | | | |
| 13 Bluefly Inc. C.S | A | DIV | J | T | | | | | |
| 14 Citadel Security Software Inc C.S. | | | | | name<br>changed | to CDDS Wind Down Inc<br>6/1/09 | | | |
| 15 CDDS Wind Down Inc. C.S | A | DIV | J | T | | | | | |
| 16 St. Paul Companies, Inc. C.S. | A | DIV | J | T | | | | | |
| 17 Bank of America C.S | A | DIV | J | T | | | | | |

| 1 Income Gain Codes.<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

Name of Person Reporting: Clevenger, Raymond C. III

Date of Report: 5/15/2010

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div, rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Blackrock Trust Co. c.s. | A | DIV | J | T | | | | | |
| 2. Canadian Oil Sands Trust Co. c.s. | A | DIV | J | T | | | | | |
| 3. Chevron-Texaco Co. c.s. | A | DIV | J | T | | | | | |
| 4. Cisco Corp. c.s. | A | DIV | J | T | | | | | |
| 5. Dominion Reserve Inc. c.s. | A | DIV | J | T | | | | | |
| 6. Exxon Mobil Corp. c.s. | A | DIV | J | T | | | | | |
| 7. Ing International Small Cap. Fund | A | DIV | J | T | | | | | |
| 8. J.P. Morgan Chase & Co. Inc c.s. | A | DIV | J | T | | | | | |
| 9. Kayne Anderson Midstream Investment Co. c.s. | A | DIV | J | T | | | | | |
| 10. Lowe's Cos Inc. c.s. | A | DIV | J | T | | | | | |
| 11. MBNA Corp. c.s. | A | DIV | J | T | | | | | |
| 12. PHLD Corp. c.s. | A | DIV | J | T | | | | | |
| 13. Plum Creek Timber Co. Inc c.s. | A | DIV | J | T | | | | | |
| 14. Royal Dutch Petroleum Corp c.s | A | DIV | J | T | | | | | |
| 15. Sbc Communications Inc. c.s. | A | DIV | J | T | | | | | |
| 16. Star Scientific Inc. c.s. | A | DIV | J | T | | | | | |
| 17. SuperConductor Technologies Inc. c.s. | A | DIV | J | T | | | | | |

1. Income Gain Codes    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000        P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1 Verizon Inc.  C.S. | A | Div | J | T | | | | | |
| 2 Keeley Small Cap Value Fund | A | Div | J | T | | | | | |
| 3 Oppenheimer Int'l Small Co. Fund | A | Div | J | T | | | | | |
| 4 Putnam International Inc. C.S | A | Div | J | T | | | | | |
| 5 Rayonier REIT Inc. C.S. | A | Div | J | T | | | | | |
| 6 Snow Capital Management Fund | A | Div | J | T | | | | | |
| 7 International Game Technology Inc. C.S. | A | Div | J | T | | | | | |
| 8 Ishares DJ Select Div Fund | A | Div | T | T | | | | | |
| 9 Ishares MSCI EAFE Index Fund | A | Div | J | T | | | | | |
| 10 News Corp. Inc.  C.S | A | Div | J | T | | | | | |
| 11 Smuckers Inc.  C.S | A | Div | J | T | | | | | |
| 12 SRA International Inc C.S. | A | Div | J | T | | | | | |
| 13 Dodge & Cox Int'l Stock C.S | A | Div | J | T | | | | | |
| 14 Fairholme Fund  shares | A | Div | J | T | | | | | |
| 15 G Market Inc ADR Shares | A | Div | J | T | | | | | |
| 16 Hewlett Packard Co. Inc. C.S. | A | Div | J | T | | | | | |
| 17 Lazard Energy Market DBL Shares | A | Div | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less, B =$1,001 - $2,500, C =$2,501 - $5,000, D =$5,001 - $15,000, E =$15,001 - $50,000 (See Columns B1 and D4)
F =$50,001 - $100,000, G =$100,001 - $1,000,000, H1 =$1,000,001 - $5,000,000, H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less, K =$15,001 - $50,000, L =$50,001 - $100,000, M =$100,001 - $250,000 (See Columns C1 and D3)
N =$250,001 - $500,000, O =$500,001 - $1,000,000, P1 =$1,000,001 - $5,000,000, P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000, P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal, R =Cost (Real Estate Only), S =Assessment, T =Cash Market (See Column C2)
U =Book Value, V =Other, W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5/15/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1 Monsanto Co. c.s. | A | DIV | J | T | | | | | |
| 2 Powershares water Reserve Portfolio shares | A | DIV | J | T | | | | | |
| 3 Reelfine Rentals Inc. c.s | A | DIV | J | T | | | | | |
| 4 Ascential Software Corp c.s | A. | DIV | J | T | | | | | |
| 5 Apple. Inc.   c.s. | | NONE | J | T | | | | | |
| 6 Citadel Broadcasting Co. Inc. c.s. | | NONE | J | T | BUY | 6/12 | J | | |
| 7 Google Inc.   c s | | NONE | J | T | BUY | 10/23 | J | | |
| 8 Ishares S&P Latin America Fund | A | DIV | J | T | BUY | 10/16 | J | | |
| 9 Petroleo Brasileiro SA c.s | A | DIV | J | T | BUY | 10/16 | J | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5/15/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5/15/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544